**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **FKC, Incorporated** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  FineCraft Custom Cabinetry** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-1165980** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4333 S Tamiami Trail, Suite C** <br> **Sarasota, FL 34231** <br> Number, Street, City, State & ZIP Code | **P.O. Box 437** <br> **Estero, FL 33929** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Sarasota** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **FKC, Incorporated**
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor   **FKC, Incorporated**
_____      Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor      **FKC, Incorporated**
            Name                                          Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **FKC, Incorporated**                                                    Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 18, 2024**
                MM / DD / YYYY

**X** **/s/ Anne Dicenzo** _____          **Anne Dicenzo** _____
Signature of authorized representative of debtor          Printed name

Title    **President** _____

**18. Signature of attorney**

**X** **/s/ Haven Del Pino, Esq.** _____    Date    **April 18, 2024** _____
Signature of attorney for debtor                                    MM / DD / YYYY

**Haven Del Pino, Esq. 88606** _____
Printed name

**Del Pino & Granados Law Firm** _____
Firm name

**900 West 49th Street**
**Suite 422**
**Hialeah, FL 33012** _____
Number, Street, City, State & ZIP Code

Contact phone    **305-362-6277** _____    Email address    **haven@delpinolaw.com** _____

**88606 FL** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **FKC, Incorporated**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 18, 2024**         X */s/ Anne Dicenzo*
                                            Signature of individual signing on behalf of debtor

                                            **Anne Dicenzo**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **FKC, Incorporated**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*................................................................................. $     **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*............................................................................. $     **824,906.36**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................................... $     **824,906.36**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **1,607,492.50**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$     **849,534.97**

4.   **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b       $     **2,457,027.47**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **FKC, Incorporated**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **The Bank of Tampa** | **Business checking** | **6786** | **$106,501.00** |
| 3.2. | **The Bank of Tampa negative balance** | **Buiness Checking Account** | **6814** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$106,501.00** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Deposit on Showroom in Sarasota** | **$2,031.70** |

Debtor  **FKC, Incorporated**                                    Case number *(If known)* _____
Name

| | | |
|---|---|---|
| 7.2. | **Deposit on Showroom in Tampa** | **$6,640.70** |

| | | |
|---|---|---|
| 7.3. | **Deposit on Warehouse Lease** | **$2,000.00** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepayments?** | **$0.00** |

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.                    | **$10,672.40** |

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:     **173,932.96**  -  **0.00**  = ....     **$173,932.96**
                              face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     | **$173,932.96** |

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials**<br>**plywood** | | **$2,000.00** | | **$0.00** |
| 20.  **Work in progress**<br>**yes, will provided list to**<br>**trustee per request** | | **Unknown** | | **$0.00** |

Debtor    **FKC, Incorporated**                                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 21. | **Finished goods, including goods held for resale** | | |
| 22. | **Other inventory or supplies**<br>**Pending Shipment for a**<br>**work order to arrive on**<br>**Materials** | **$0.00** | **$27,000.00** |

| | | | |
|---|---|---|---|
| 23. | **Total of Part 5.** | | **$27,000.00** |
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
   ☑ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software Showroom displays in at 3609 Henderson Blvd Tampa, FL (according to our closing statements). $270,000. (Includes 3 office work stations, 2 tpx phones, 2 graber kitchen displays, 2 irpinia kitchen displays, 1 irpinia entertainment display, 2 - contemporary closet dispalys, 1 custom display cabinet with irpinia doors and design blocks, and 5 custom door display wallboards)** | **$0.00** | | **$270,000.00** |
| **Showroom displays at 4333 S Tamiami Trl, Ste C Sarasota, FL. $135,000. (Inclues 2 samsung TV's, 4 office cabinet workstations, 4 TPX** | **$0.00** | | **$135,000.00** |

Debtor    **FKC, Incorporated**                                                  Case number *(If known)* _____
_____
          Name

**phones, 1 walnut kitchen display, 1 white traditional kitchen display, 1 transitional kitchen display, 1 contemporary kitchen display, 1 custom entry table at front entrance, 1 designers choice cabinet display, 2 contemporary closet displays, 2 custom display cabinets with irpinia doors and design blocks, 7 custom door display wallboards.**

**Warehouse office equiement and supplies**                 **$0.00**                                          **$500.00**

---

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                           | **$405,500.00** |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **a. 2004 Install box truck - $1800 (bank of tampa is on the title)**<br>**a. 1995 Install box truck - $1800 (bank of tampa is on the title)**<br>**a. 2004 Install van - $1800 (bank of tampa is on the title)**<br>**a. 2005 install van - $1800 (bank of tampa is on the title)**<br>**a. 2017 install van $7000 (bank of tampa is on the title)**<br>**a. 2018 PM van $9000 (bank of tampa is on the title)**<br>**a. 2020 PM van $13,500 (bank of tampa is on the title** | **$0.00** | **N/A** | **$36,700.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

Debtor    **FKC, Incorporated**                                    Case number *(If known)* _____
           Name

| | | |
|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**2024 Cantek MX370 Edgebander. $26,300 (This is financed through stearns bank) different lien holder**<br>**2024 Cantek Slider Panel saw D405ANC $16,400 (This is financed through stearns bank)** | $0.00          $42,700.00 |
| | **2024 Cantek Slider Panel saw D405ANC $16,400 (This is financed through stearns bank)** | $0.00          $16,400.00 |
| | **a. 2024 Maksiwa line boring 13 spindle machine - $2000**<br>**a. 2024 Maksiwa pocket hole machine - $3500** | $0.00          $5,500.00 |

51. **Total of Part 8.**                                                          | $101,300.00 |
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| | | |
|---|---|---|
| Debtor **FKC, Incorporated** | Case number *(If known)* | |
| Name | | |

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $106,501.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,672.40 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $173,932.96 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $27,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $405,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $101,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $824,906.36 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $824,906.36 |

# FKC Incorporated

## A/R Aging Summary

As of April 14, 2024

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| A-Tech Construction LLC-Cemal | | | 5,088.40 | | | $5,088.40 |
| Alejandro Manzano | | | 4,001.00 | | | $4,001.00 |
| Alice Sample/ Alice Craig | | 2,583.45 | | | | $2,583.45 |
| Allegra Homes | | 38,460.00 | | | 3,000.00 | $41,460.00 |
| Bayfair Quality Builders | | 3,500.00 | | | | $3,500.00 |
| Chrissy Albice | | 1,259.00 | | | | $1,259.00 |
| Christine Tosti | | 614.00 | | | | $614.00 |
| DeAngelis Diamond Construction LLC | | 27,547.50 | 8,243.01 | 4,732.70 | 5,159.25 | $45,682.46 |
| Ian Howard | | 3,006.82 | | | | $3,006.82 |
| Kemick Builders | | 20,576.80 | | | | $20,576.80 |
| Ken Croat | | | 2,975.00 | | | $2,975.00 |
| Lauren Pullman | | 3,401.00 | | | | $3,401.00 |
| Lux Interior Design | | 7,871.00 | 4,165.50 | | | $12,036.50 |
| Nelson Homes | | 16,003.00 | | | | $16,003.00 |
| Robert Schultz | | | | 2,845.20 | | $2,845.20 |
| Sarah & Chris Woods | | 0.01 | | | | $0.01 |
| Stuart Suls | | 687.50 | | | | $687.50 |
| Tom Panaseny | 1,493.24 | 6,719.58 | | | | $8,212.82 |
| TOTAL | **$1,493.24** | **$132,229.66** | **$24,472.91** | **$7,577.90** | **$8,159.25** | **$173,932.96** |

**Fill in this information to identify the case:**

Debtor name   **FKC, Incorporated**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Bank of Tampa**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**a. 2004 Install box truck - $1800 (bank of tampa is on the title)**<br>**a. 1995 Install box truck - $1800 (bank of tampa is on the title)**<br>**a. 2004 Install van - $1800 (bank of tampa is on the title)**<br>**a. 2005 install van - $1800 (bank of tampa is** | **$1,569,492.50** | **$36,700.00** |

**601 Bayshore Blvd**
**Suite 830**
**Tampa, FL 33606**
Creditor's mailing address

Describe the lien
**Secured SBA Loan**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**Last 4 digits of account number**
**1388**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Stearns Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2024 Cantek MX370 Edgebander. $26,300 (This is financed through stearns bank) different lien holder**<br>**2024 Cantek Slider Panel saw D405ANC $16,400 (This is financed through stearns bank)** | **$38,000.00** | **$42,700.00** |

**PO Box. 750**
**Albany, MN 56307**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

| Debtor | **FKC, Incorporated** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $1,607,492.50 |

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name    **FKC, Incorporated**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,000.00**

**3601 M5 LLC**
**PO Box 10736**
**Tampa, FL 33679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease & Cam shortage (Tampa Showroom Lease)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Aisha Esseghir**
**4705 W Euclid Ave**
**Tampa, FL 33629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$199,942.46**

**Bank of Tampa**
**601 Bayshore Blvd**
**Suite 830**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2318**

Basis for the claim:  **Line of Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,032.00**

**Bank of Tampa Credit card**
**PO Box 30495**
**Tampa, FL 33630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8809**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FKC, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**Betty-Jean Bavar**
**1261 Gulf of mexico dr**
**apt 1107**
**Longboat Key, FL 34228**

Date(s) debt was incurred  **November**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt (customer)**

Is the claim subject to offset? ■ No ☐ Yes

**$4,753.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**Bill Alvarez**
**2245 North Beach Rd**
**Englewood, FL 34223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**Bitttain Pinckney**
**231 Harbor Dr**
**Boca Grande, FL 33921**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt (customer)**

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**CHASE BANK**
**P.O Box 901039**
**WILMINGTON, DE 19886**

Date(s) debt was incurred _

Last 4 digits of account number  **3461**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$23,398.89**

---

**3.9** | Nonpriority creditor's name and mailing address

**Chelsea Freeman**
**7977 Bowspirit Way**
**Lakewood Ranch, FL**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt (customer)**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.10** | Nonpriority creditor's name and mailing address

**Debbie Benner**
**1102 Benjamin Franklin Dr**
**#814**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt (customer)**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.11** | Nonpriority creditor's name and mailing address

**Debbie Hollabaugh**
**13203 Lost Key Pl**
**Bradenton, FL 34202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt (customer)**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

Debtor  **FKC, Incorporated**                                Case number *(if known)* _____

_Name_

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,400.37** |
|---|---|---|---|

**Dr Smiles, Anthony Goodling,**
**30 E 40th Street #102**
**New York, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/15/24**

Basis for the claim:  **Business Debt (customer)**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,356.57** |
|---|---|---|---|

**Eric Construction**
**3843 Catalina Dr**
**Bradenton, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/05/23**

Basis for the claim:  **Business Debt (customer)**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,732.97** |
|---|---|---|---|

**Essential Cabinetry Group**
**2838 grandview dr**
**Simpsonville, SC 29680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **9181**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Felicia Schoenewald**
**572 Mast Dr**
**Bradenton, FL 34208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt (customer)**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,651.50** |
|---|---|---|---|

**Heritage Builders**
**2055 Constitution Blvd**
**Sarasota, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/24/23**

Basis for the claim:  **Business Debt (customer)**
**Job 1**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,795.00** |
|---|---|---|---|

**Heritage Builders**
**2055 Constitution Blvd**
**Sarasota, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/01/23**

Basis for the claim:  **Business Debt (customer)**
**Job 2**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Ian Black Real Estate**
**1 S School Ave**
**Ste 600**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Lease & Cam shortage (Showroom in Sarasota**
**Lease)**
**Lease was renewed on 4/1/2024 (3 year)**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **FKC, Incorporated**                                  Case number (if known) _____
_____
Name

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,599.78** |
|---|---|---|---|

**James Nuber**
**3598 Fair Oaks Ln**
**Longboat Key, FL 34228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt (customer)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,753.00** |
|---|---|---|---|

**Janet Kempton**
**7249 Pine Needle Rd**
**Sarasota, FL 34242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __january__

**Basis for the claim:** __Business Debt (customer)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LaCsa LSA**
**3510 W. Rodger Ave**
**Tampa, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,595.00** |
|---|---|---|---|

**Lindahl Construction**
**1343 Main Street**
**suite 705**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __01/30/24__

**Basis for the claim:** __Business Debt (customer)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Lindahl Construction Group**
**700 US Highway 41 Bypass N**
**Suite 1**
**Venice, FL 34285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt (customer)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,000.00** |
|---|---|---|---|

**Lisa Ghaly**
**430 Canterwood Dr**
**Mulberry, FL**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt (customer)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,999.50** |
|---|---|---|---|

**Lori Leone**
**6427 MOrrings point Cir**
**Unit 101**
**Lakewood Ranch, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt (customer)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **FKC, Incorporated**                                   Case number (*if known*) _____
    Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,505.32 |
|---|---|---|---|

**Morgan Scott**
**1118 Mallorca Dr**
**Bradenton, FL 34209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/26/24**

Basis for the claim:  **Business Debt (customer)**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,700.00 |
|---|---|---|---|

**Palmerwood JV LLC**
**1850 Ringling Blvd.**
**Ste. 200**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Lease & Cam shortage (Warehouse Lease)**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Palmerwood JV LLC**
**1850 Ringling Blvd**
**Ste 200**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business Debt (customer)**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Paul Defelice**
**5880 Meriweather Place**
**Sarasota, FL 34232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sarah Woods**
**9546 Forest hills Cir**
**sarasota, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business Debt (customer)**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Simon Sinnereich**
**1325 Snell Isle Blvd. NE**
**Unit 711**
**Saint Petersburg, FL 33704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,442.38 |
|---|---|---|---|

**St Luke's Regional Health Ca**
**6030 S Florida Ave**
**Sutie 110**
**Lakeland, FL 33813**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business Debt (customer)**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **FKC, Incorporated**                                  Case number *(if known)* _____
_____
Name

| | |
|---|---|

3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Steven Agran**
**1111 Shipwatch Cir**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tammy J Whitelock**
**9841 Montague Street**
**Tampa, FL 33626**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Possiable Commission, however she owes company money**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Theresa Suits**
**The Vue**
**#206**
**Sarasota, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt (customer)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$183,000.00**

**Woodtech Global**
**5822 24th St E**
**Bradenton, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **this company is owned by the same people that sold them Finecraft in April 2023, and own 4 companies**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,470.23**

**Yolanda & Richard Webb**
**3518 Fair Oaks Ln**
**Longboat Key, FL 34228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **02/28/24**

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt (customer)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Shumaker, Loop & Kendrick, LLP**<br>**P.O. Box 49948**<br>**Sarasota, FL 34230-6948** | Line  **3.17**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |

Debtor   **FKC, Incorporated**
_____
Name

Case number (*if known*) _____

**5b. Total claims from Part 2**

5b.   **+**   $          849,534.97

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $          849,534.97

Fill in this information to identify the case:

Debtor name **FKC, Incorporated**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Showroom Located at 3609 Henderson, Blvd, Tampa, FL** | |
| State the term remaining | | **3601 M5 LLC** |
| List the contract number of any government contract | | **PO Box 10736** |
| | | **Tampa, FL 33679** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Showroom located at 4333 S Tamiami Trl Ste C, Sarasota** | |
| State the term remaining | | **Ian Black Real Estate** |
| List the contract number of any government contract | | **1 S School Ave Ste 600** |
| | | **Sarasota, FL 34236** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Opened Lease & Cam shortage (Warehouse Lease)** | |
| State the term remaining | | **Palmerwood JV LLC** |
| List the contract number of any government contract | | **1850 Ringling Blvd. Ste. 200** |
| | | **Sarasota, FL 34236** |

**Fill in this information to identify the case:**

Debtor name   **FKC, Incorporated**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **DICENZO, ANNE (PT)** | **4333 S TAMIAMI TRL ATE C Sarasota, FL 34231** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | **DICENZO, ANNE (PT)** | **4333 S TAMIAMI TRL ATE C Sarasota, FL 34231** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 | **SARASOTA KITCHEN – Finecraft** | **SARASOTA KITCHENS AND CLOSET c/o SCOTT M &BEATRIC SPOERL 5822 24th St E Bradenton, FL 34203 Tampa showroom Co-Debtor** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **FKC, Incorporated**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ☑ Operating a business <br> ☑ Other **Sales Gross** | **$825,602.00** |
   | **For prior year:** From **1/01/2023** to **12/31/2023** | ☑ Operating a business <br> ☑ Other **Sales Gross** | **$2,290,422.00** |
   | **For year before that:** From **1/01/2022** to **12/31/2022** | ☑ Operating a business <br> ☑ Other **Sales** | **$6,495.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- |
   | | |

Debtor    **FKC, Incorporated**                                    Case number *(if known)*

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 3.1. | | **$405,183.00 est.** | ☐ Secured debt |
| 3601 M5    $    13,480.02 | | | ☐ Unsecured loan repayments |
| Chase Credit Card    $    57,270.95 | | | ☑ Suppliers or vendors |
| Del Pino    $    8,188.00 | | | ☐ Services |
| Essential Cabinetry Group    $    102,193.41 | | | ☐ Other___ |
| Palmerwood    $    10,176.23 | | | |
| Tamiami Retail Sales    $    11,758.65 | | | |
| United Healthcare    $    16,052.64 | | | |
| Woodland Cabinetry Group    $    19,107.61 | | | |
| Woodtech Global    $    197,802.96 | | | |

---

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **FKC, Incorporated**                                                Case number *(if known)*

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☑ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor    **FKC, Incorporated**                                      Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Del Pino & Granados Law Firm**<br>**900 West 49th Street**<br>**Suite 422**<br>**Hialeah, FL 33012** | **Attorney Fees** | **4/11/2024** | **$4,000.00** |
| | **Email or website address**<br>**haven@delpinolaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

Debtor    **FKC, Incorporated**                                        Case number *(if known)* _____

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

### Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor   **FKC, Incorporated** _____   Case number *(if known)* _____

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| Joe Chapman (accountant) 1355 Deer Hollow Blvd Sarasota, FL 34232-5929 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor     **FKC, Incorporated** _____     Case number *(if known)* _____

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 18, 2024** _____

**/s/ Anne Dicenzo** _____          **Anne Dicenzo** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re   **FKC, Incorporated**                                                   Case No. _____

Debtor(s)                        Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 18, 2024**                          **/s/ Anne Dicenzo**

**Anne Dicenzo/President**
Signer/Title

FKC, Incorporated
P.O. Box 437
Estero, FL 33929

CHASE BANK
P.O Box 901039
WILMINGTON, DE 19886

Heritage Builders
2055 Constitution Blvd
Sarasota, FL 34231

Haven Del Pino, Esq.
Del Pino & Granados Law Firm
900 West 49th Street
Suite 422
Hialeah, FL 33012

Chelsea Freeman
7977 Bowspirit Way
Lakewood Ranch, FL

Ian Black Real Estate
1 S School Ave
Ste 600
Sarasota, FL 34236

3601 M5 LLC
PO Box 10736
Tampa, FL 33679

Debbie Benner
1102 Benjamin Franklin Dr
 #814
Sarasota, FL 34236

James Nuber
3598 Fair Oaks Ln
Longboat Key, FL 34228

Aisha Esseghir
4705 W Euclid Ave
Tampa, FL 33629

Debbie Hollabaugh
13203 Lost Key Pl
Bradenton, FL 34202

Janet Kempton
7249 Pine Needle Rd
Sarasota, FL 34242

Bank of Tampa
601 Bayshore Blvd
Suite 830
Tampa, FL 33606

DICENZO, ANNE (PT)
4333 S TAMIAMI TRL ATE C
Sarasota, FL 34231

LaCsa LSA
3510 W. Rodger Ave
Tampa, FL

Bank of Tampa Credit card
PO Box 30495
Tampa, FL 33630

Dr Smiles, Anthony Goodling,
30 E 40th Street #102
New York, NY

Lindahl Construction
1343 Main Street
suite 705
Sarasota, FL 34236

Betty-Jean Bavar
1261 Gulf of mexico dr
apt 1107
Longboat Key, FL 34228

Eric Construction
3843 Catalina Dr
Bradenton, FL

Lindahl Construction Group
700 US Highway 41 Bypass N
Suite 1
Venice, FL 34285

Bill Alvarez
2245 North Beach Rd
Englewood, FL 34223

Essential Cabinetry Group
2838 grandview dr
Simpsonville, SC 29680

Lisa Ghaly
430 Canterwood Dr
Mulberry, FL

Bitttain Pinckney
231 Harbor Dr
Boca Grande, FL 33921

Felicia Schoenewald
572 Mast Dr
Bradenton, FL 34208

Lori Leone
6427 MOrrings point Cir
Unit 101
Lakewood Ranch, FL

Morgan Scott
1118 Mallorca Dr
Bradenton, FL 34209

Stearns Bank
PO Box. 750
Albany, MN 56307

Palmerwood JV LLC
1850 Ringling Blvd.
Ste. 200
Sarasota, FL 34236

Steven Agran
1111 Shipwatch Cir
Tampa, FL 33602

Palmerwood JV LLC
1850 Ringling Blvd
Ste 200
Sarasota, FL 34236

Tammy J Whitelock
9841 Montague Street
Tampa, FL 33626

Paul Defelice
5880 Meriweather Place
Sarasota, FL 34232

Theresa Suits
The Vue
#206
Sarasota, FL

Sarah Woods
9546 Forest hills Cir
sarasota, FL

Woodtech Global
5822 24th St E
Bradenton, FL 34203

SARASOTA KITCHEN – Finecraft
SARASOTA KITCHENS AND CLOSET
c/o SCOTT M &BEATRIC SPOERL
5822 24th St E
Bradenton, FL 34203

Yolanda & Richard Webb
3518 Fair Oaks Ln
Longboat Key, FL 34228

Shumaker, Loop & Kendrick, LLP
P.O. Box 49948
Sarasota, FL 34230-6948

Simon Sinnereich
1325 Snell Isle Blvd. NE
Unit 711
Saint Petersburg, FL 33704

St Luke's Regional Health Ca
6030 S Florida Ave
Sutie 110
Lakeland, FL 33813

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Middle District of Florida

In re __FKC, Incorporated__ _____     Case No. _____

_____ Debtor(s)     Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____     $ _____7,850.00

   Prior to the filing of this statement I have received _____     $ _____7,850.00

   Balance Due _____     $ _____0.00

2. $ __338.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__April 18, 2024__ _____     **/s/ Haven Del Pino, Esq.** _____
*Date*     **Haven Del Pino, Esq. 88606**
     *Signature of Attorney*
     **Del Pino & Granados Law Firm**
     **900 West 49th Street**
     **Suite 422**
     **Hialeah, FL 33012**
     **305-362-6277  Fax: 888-327-2399**
     **haven@delpinolaw.com**
     *Name of law firm*